```
     FILED        ___ LODGED
___ RECEIVED      ___ COPY

     JUL 1 6 2024

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  MARIA R. GUTIERREZ
   Assistant United States Attorney
4  Arizona State Bar No. 026659
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Email: maria.gutierrez@usdoj.gov
7  Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

8          IN THE UNITED STATES DISTRICT COURT

9               FOR THE DISTRICT OF ARIZONA

10 | United States of America,        | No.  CR-24-08073-PCT-MTL (DMF)
11 |         Plaintiff,
12 |   vs.                            |       **INDICTMENT**
13 |                                  | VIO: 18 U.S.C. §§ 922(g)(1) and
14 | Matthew Edward Dach,             |      924(a)(8)
   |                                  |      (Felon in Possession of a Firearm
15 |         Defendant.               |      and Ammunition)
   |                                  |      Count 1
16 |                                  |      18 U.S.C. §§ 842(a)(3)(B) and
17 |                                  |      844(a)
   |                                  |      (Explosive Materials – Distribution
18 |                                  |      by Non-Licensee)
   |                                  |      Counts 2 and 6
19 |                                  |      21 U.S.C. §§ 841(a)(1) and
20 |                                  |      841(b)(1)(C)
   |                                  |      (Distribution of Methamphetamine)
21 |                                  |      Count 3
22 |                                  |      18 U.S.C. § 924(c)(1)(B)(ii)
   |                                  |      (Using and Carrying a Firearm
23 |                                  |      During and in Relation to a Drug
   |                                  |      Trafficking Crime)
24 |                                  |      Count 4
25 |                                  |      26 U.S.C. §§ 5841, 5861(d), and
   |                                  |      5871
26 |                                  |      (Possession of an Unregistered
   |                                  |      Firearm)
27 |                                  |      Counts 5 and 7
28

|  | 18 U.S.C. § 924(h)<br>(Transfer of a Firearm for Use in<br>a Crime of Violence)<br>Count 8<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881,<br>26 U.S.C. § 5872, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |
|---|---|

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about May 29, 2024, in the District of Arizona, Defendant MATTHEW EDWARD DACH, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, that is a Tapco, model: TAP-15, caliber: 7.62, rifle (serial number: 614738) and 53 rounds of Tula 7.62x39 ammunition, said firearm and ammunition having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT 2

On or about May 29, 2024, in the District of Arizona, Defendant MATTHEW EDWARD DACH, not being a licensee or permittee under the provision of Chapter 40 of Title 18 of the United States Code, knowingly distributed explosive materials as defined by Title 18, United States Code, Sections 841(c) and 841(d), that is two homemade explosive devices, to an undercover agent, a person who was not a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States.

In violation of Title 18, United States Code, Sections 842(a)(3)(B) and 844(a)(1).

### COUNT 3

On or about June 20, 2024, in the District of Arizona, Defendant MATTHEW EDWARD DACH did knowingly and intentionally distribute a mixture or substance

containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 4

On or about June 20, 2024, in the District of Arizona, Defendant MATTHEW EDWARD DACH did knowingly carry and use a firearm as defined by Title 18, United States Code, Section 921(a)(3)(D), that is a destructive device as defined by Title 18, United States Code, Section 921(a)(4), during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, distribution of methamphetamine, as alleged in Count 3 of the Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

### COUNT 5

On or about June 20, 2024, in the District of Arizona, Defendant MATTHEW EDWARD DACH did knowingly possess a firearm as defined by Title 18, United States Code, Section 5845(a)(8), that is a destructive device as defined by Title 18, United States Code, Section 5845(f), not registered to Defendant MATTHEW EDWARD DACH in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT 6

On or about June 20, 2024, in the District of Arizona, Defendant MATTHEW EDWARD DACH, not being a licensee or permittee under the provision of Chapter 40 of Title 18 of the United States Code, knowingly distributed explosive materials as defined by Title 18, United States Code, Sections 841(c) and 841(d), that is 20 homemade explosive devices, to an undercover agent, a person who was not a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States.

In violation of Title 18, United States Code, Sections 842(a)(3)(B) and 844(a)(1).

### COUNT 7

On or about June 28, 2024, in the District of Arizona, Defendant MATTHEW

EDWARD DACH did knowingly possess a firearm as defined by Title 18, United States Code, Section 5845(a)(8), that is a destructive device as defined by Title 18, United States Code, Section 5845(f), not registered to Defendant MATTHEW EDWARD DACH in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 8

On or about June 28, 2024, in the District of Arizona, Defendant MATTHEW EDWARD DACH knowingly transferred a firearm as defined by Title 18, United States Code, Section 921(a)(3)(D), that is a destructive device as defined by Title 18, United States Code, Section 921(a)(4), knowing and having reasonable cause to believe that the firearm would be used in a crime of violence, that is, Tampering with a Witness by Physical Force or Threat, in violation of Title 18, United State Code, Section 1512(a)(2)(A).

In violation of Title 18, United States Code, Section 924(h).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 8 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 8 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 16, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
MARIA R. GUTIERREZ
Assistant U.S. Attorney